UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANETTE D. VANCIO,<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF SAN DIEGO, OFFICER DANIEL HIGDON, OFFICER MARCO PEREZ, and Does 1-20.<br><br>        Defendants. | Civil No. 07CV0889WQH(RBB)<br><br>ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE |

    On November 2, 2007, the Court held an early neutral evaluation conference in the above-entitled action. Settlement could not be reached in the case.

    The Court discussed compliance with rule 26 of the Federal Rules of Civil Procedure and issues the following orders:

    1.  No objections were presented to initial disclosure under Federal Rule of Civil Procedure, rule 26(a)(1)(A-D). The parties are ordered to proceed with the initial disclosure process. Any objections to initial disclosure will be resolved as required by rule 26.

1

    2.    The rule 26(f) conference shall be completed on or before November 26, 2007.

    3.    No discovery plan is required.

    4.    The initial disclosures pursuant to rule 26(a)(1)(A-D) shall occur on or before December 10, 2007.

    5.  Counsel, all parties except Officers Perez and Higdon, and any other person(s) whose authority is required to negotiate and enter into a settlement shall appear in person on February 29, 2008, at 8:30 a.m. in the chambers of United States Magistrate Judge Ruben B. Brooks, U.S. Courts Building, 940 Front Street, Room 1185, San Diego, California, 92101-8926, for a further settlement conference and order to show cause hearing.

    Plaintiff's(s') counsel shall serve a copy of this order on all parties that enter this case after the date of this order.

    Failure of any counsel or party to comply with this order may result in sanctions.

    IT IS SO ORDERED.

DATED: November 2, 2007

Ruben B. Brooks
United States Magistrate Judge

cc:
Judge Hayes
All Parties of Record